| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Kelly, Jr., Paul J. | 2. Court or Organization<br><br>U.S. Court of Appeals-10th Cir | 3. Date of Report<br><br>04/20/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>Post Office Box 10113<br>Santa Fe, New Mexico<br>87504-6113 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | State of New Mexico, Public Employees Retirement Assn. Volunteer Firefighter Pension | $1,200.00 |
| 2. 2014 | Santa Fe Co. Fire Fighter Stipend | $1,739.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | 2014 National Cultural Heritage Moot Court, DePaul Law School | 2/21-23/2014 | Chicago, Illinois | Judge final round of Comp. | Transportation, lodging and meals. |
| 2. | 2014 Irving R. Kaufman Memorial Securities Law Moot Court, Fordham Law School | 3/28-31/2014 | New York, New York | Judge final round of Comp | Transportation, lodging and meals. |
| 3. | 2014, Board Meeting, Federal Judges Association | 5/3-6/2014 | Washington, D.C. | Board Member | Transportation, lodging and meals. |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kelly, Jr., Paul J. | 04/20/2015 |

| 4. | 2014 Judge Paul Joseph Kelly, Jr. Invitational Trial Advocacy Comp., Fordham Law Sch. | 10/24-27/2014 | New York, New York | Judge final round of Comp. | Transportation, lodging and meals. |
|---|---|---|---|---|---|
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jr., Paul J. | 04/20/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Bank, Sante Fe, NM | A | Int./Div. | K | T | | | | | |
| 2. Misc. Oil & Gas Interests (Lea & Eddy Co., NM)(Wyo, Texas) | A | Royalty | J | W | | | | | |
| 3. Rich Third Ltd. | B | Dividend | K | W | | | | | |
| 4. First National Tower Ltd. | A | Dividend | L | W | | | | | |
| 5. Northwestern Mutual Life | D | Int./Div. | L | T | | | | | |
| 6. IShares Core S&P Mid Cap - ETF | A | Dividend | L | T | Buy | 09/02/14 | K | | |
| 7. | | | | | Buy | 09/16/14 | K | | |
| 8. | | | | | Sold (part) | 10/01/14 | K | A | |
| 9. | | | | | Sold (part) | 10/16/14 | K | A | |
| 10. | | | | | Buy | 11/03/14 | L | | |
| 11. | | | | | Buy | 11/18/14 | L | | |
| 12. | | | | | Sold (part) | 12/16/14 | L | A | |
| 13. IShares Core S&P 500 ET Index Fund | A | Dividend | J | T | Buy | 03/04/14 | K | | |
| 14. | | | | | Sold (part) | 05/01/14 | J | A | |
| 15. | | | | | Sold (part) | 05/20/14 | K | A | |
| 16. | | | | | Sold (part) | 08/18/14 | K | A | |
| 17. | | | | | Buy | 09/16/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jr., Paul J. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 10/01/14 | L | | |
| 19. | | | | | Sold (part) | 10/16/14 | K | A | |
| 20. | | | | | Sold (part) | 11/03/14 | J | A | |
| 21. | | | | | Buy | 11/18/14 | L | | |
| 22. | | | | | Sold (part) | 12/16/14 | K | A | |
| 23. ProShares Ultra ETF Mid Cap 400 - Non Trad ETF | A | Dividend | K | T | Buy | 02/03/14 | K | | |
| 24. | | | | | Buy | 09/02/14 | K | | |
| 25. | | | | | Buy | 09/16/14 | J | | |
| 26. | | | | | Buy | 10/01/14 | J | | |
| 27. | | | | | Sold (part) | 10/03/14 | K | | |
| 28. | | | | | Sold (part) | 10/16/14 | J | | |
| 29. | | | | | Buy | 11/18/14 | J | | |
| 30. ProShares Ultra ET 500 2x Non Trad | A | Dividend | | | Buy | 03/04/14 | K | | |
| 31. | | | | | Sold (part) | 05/01/14 | J | | |
| 32. | | | | | Sold (part) | 05/20/14 | J | | |
| 33. | | | | | Buy | 08/01/14 | J | | |
| 34. | | | | | Sold (part) | 08/18/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jr., Paul J. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Buy | 09/16/14 | J | | |
| 36. | | | | | Buy | 10/01/14 | J | | |
| 37. | | | | | Sold | 12/16/14 | K | C | |
| 38. IShares TR-Russell Index Fund 2000 | A | Dividend | K | T | Buy | 02/03/14 | K | | |
| 39. | | | | | Buy | 03/04/14 | K | | |
| 40. | | | | | Sold (part) | 05/01/14 | K | C | |
| 41. | | | | | Sold (part) | 05/20/14 | K | C | |
| 42. | | | | | Buy | 09/02/14 | K | | |
| 43. | | | | | Sold (part) | 10/01/14 | K | C | |
| 44. | | | | | Buy | 12/16/14 | K | | |
| 45. | | | | | Sold (part) | 12/16/14 | K | C | |
| 46. Ultra Russell 2000 ProShares 2x Non Trad ETF | A | Dividend | | | Sold | 10/01/14 | K | B | |
| 47. Artisan Funds, Inc. Mid Cap | A | Dividend | | | Sold | 12/13/14 | J | A | |
| 48. AQR Fds, Managed Futures Strategy | A | Dividend | | | Sold | 05/21/14 | J | A | |
| 49. Cohen & Steers Rlty | A | Dividend | | | Sold | 12/03/14 | J | A | |
| 50. Eaton Vance Global Macro Absolute Ret | A | Dividend | | | Sold | 12/03/14 | J | A | |
| 51. Goldman Sachs Tr. | A | Dividend | J | T | Buy | 09/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jr., Paul J. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

| | NONE (No reportable income, assets, or transactions.) |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 10/10/14 | J | | |
| 53. John Hancock Fds, Global Absolute | A | Dividend | | | Sold | 12/03/14 | J | A | |
| 54. Harbor Fund Cap. App. | A | Dividend | | | Sold | 12/03/14 | J | A | |
| 55. Highland Long Short Equity Fd. (formerly Pyxis) | A | Dividend | | | Sold | 05/21/14 | J | A | |
| 56. Artia Global Inv Fd. | A | Dividend | | | Sold | 12/03/14 | J | A | |
| 57. Mainstay Fund High Yield Corp. Bond Fnd | A | Dividend | | | Sold | 09/24/14 | J | A | |
| 58. Managers Fds Bond Fnd | A | Dividend | | | Sold | 12/03/14 | J | A | |
| 59. MFS Ser. Tr X Emerging Mkts Debt | A | Dividend | | | Sold | 12/03/14 | J | A | |
| 60. Met. West Fds, Total Ret Bnd | A | Dividend | | | Sold | 12/03/14 | J | A | |
| 61. JP Morgan Tr 1 Intrepid Value | A | Dividend | J | T | Buy | 05/21/14 | J | | |
| 62. | | | | | Buy | 09/16/14 | J | | |
| 63. | | | | | Sold (part) | 02/12/14 | J | A | |
| 64. Heartland Value Plus | A | Dividend | | | Sold | 12/03/14 | J | A | |
| 65. Oppenheimer Dev. Mkts | A | Dividend | J | T | Buy | 05/21/14 | J | | |
| 66. | | | | | Sold (part) | 12/03/14 | J | A | |
| 67. Oppenheimer Int'l Bnd Fd | A | Dividend | | | Sold | 12/03/14 | J | A | |
| 68. PIMCO Fds Pac. Invt | A | Dividend | | | Sold | 08/12/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jr., Paul J. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PIMCO Fds PAC Commodity | A | Dividend | J | T | Buy | 05/21/14 | J | | |
| 70. | | | | | Buy | 09/16/14 | J | | |
| 71. | | | | | Sold (part) | 09/16/14 | J | A | |
| 72. Pioneer Ser. Tr 1, Small Cap | A | Dividend | J | T | Buy | 05/21/14 | J | | |
| 73. | | | | | Buy | 09/15/14 | J | | |
| 74. | | | | | Sold (part) | 09/16/14 | J | A | |
| 75. Thornburg Int'l Value | A | Dividend | | | Sold | 09/15/14 | J | A | |
| 76. Thornburg Inv. Tr. Inc. Builder | A | Dividend | | | Sold | 09/15/14 | J | A | |
| 77. Neuberger Berman Alt. Funds | A | Dividend | J | T | Buy | 05/21/14 | J | | |
| 78. | | | | | Sold (part) | 08/12/14 | J | A | |
| 79. | | | | | Buy | 10/15/14 | L | | |
| 80. | | | | | Sold (part) | 12/03/14 | J | A | |
| 81. Broadview Fds, Tr Opp. Fd | A | Dividend | | | Sold | 09/15/14 | J | A | |
| 82. Blackrock Rd Tr. Core Bond Ins't. Cl. | A | Dividend | J | T | Buy | 09/16/14 | J | | |
| 83. American Euro Pacific Gr. Cl. F-2 | A | Dividend | J | T | Buy | 09/16/14 | J | | |
| 84. | | | | | Sold (part) | 12/03/14 | J | A | |
| 85. US Bancorp | A | Dividend | J | T | Buy | 03/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jr., Paul J. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IShares ETF 1-3 yr. Treas. | A | Dividend | L | T | Buy | 02/03/14 | L | | |
| 87. | | | | | Sold (part) | 03/04/14 | L | A | |
| 88. | | | | | Buy | 08/01/14 | K | | |
| 89. | | | | | Sold (part) | 09/02/14 | K | A | |
| 90. | | | | | Buy | 10/01/14 | J | | |
| 91. | | | | | Sold (part) | 11/08/14 | L | B | |
| 92. Pro Shrs ETF Ultra 7-10 yr Treas. Non Trad ETF 2x | A | Dividend | L | T | Buy | 02/03/14 | L | | |
| 93. | | | | | Sold (part) | 03/04/14 | L | A | |
| 94. | | | | | Buy | 05/02/14 | K | | |
| 95. | | | | | Buy | 08/01/14 | K | | |
| 96. | | | | | Buy | 08/18/14 | K | | |
| 97. | | | | | Buy | 10/01/14 | J | | |
| 98. | | | | | Buy | 10/16/14 | K | | |
| 99. | | | | | Sold (part) | 11/03/14 | J | A | |
| 100. | | | | | Buy | 12/16/14 | J | | |
| 101. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jr., Paul J. | 04/20/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

**FINANCIAL DISCLOSURE REPORT**

Page 12 of 12

Name of Person Reporting

Kelly, Jr., Paul J.

Date of Report

04/20/2015

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul J. Kelly, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544